No. 60. MIDLAND LINSEED COMPANY *v.* AMERICAN LIQUID FIREPROOFING COMPANY ET AL. Error to the Supreme Court of the State of Iowa. Argued October 21, 1920. Decided November 8, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. Denis M. Kelleher* for plaintiff in error. *Mr. Fred P. Carr*, for defendants in error, submitted.

---

No. 73. JANE FIELD *v.* UNITED STATES. Appeal from the Court of Claims. Argued October 22, 1920. Decided November 8, 1920. *Per Curiam.* Affirmed upon the authority of *Jackson* v. *United States*, 230 U. S. 1; *Hughes* v. *United States*, 230 U. S. 24; *Cubbins* v. *Mississippi River Commission*, 241 U. S. 351. *Mr. William W. Scott* for appellant. *Mr. Assistant Attorney General Davis* for the United States.